NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN FORD, DOC #D51823,       )
                                )
          Appellant,            )
                                )
v.                              )       Case No. 2D18-2984
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Lee County; James D. Sloan, Michael T.
McHugh and James R. Shenko, Judges.

Justin Ford, pro se.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and LUCAS, and SALARIO, JJ., Concur.